13-0773 TGM/lmh									Firm ID: 90200

STATE OF ILLINOIS )
                       ) §
COUNTY OF C O O K )

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM TOTTEN<br>        Plaintiff(s),<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.<br><br>        Defendants. | NO:   1:13-cv-08157 |

## NOTICE OF MOTION

TO:   ALL COUNSEL OF RECORD LISTED
        Via Electronic Court Filing Service

      On <u>January 15, 2014</u> at <u>9:30 a.m.</u>, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Sara L. Ellis in Room 1719 at 219 S. Dearborn, Chicago, Illinois, and shall then and there present **Plaintiff's Motion to Strike Notice of Removal and Remand to State Court Pursuant to 28 USC §1446(a)**, a copy of which is attached.

                                                   /s/ Timothy G. Martin
                                                   Attorneys for Plaintiff

Timothy G. Martin
COONEY AND CONWAY
120 North LaSalle--30th Floor
Chicago, Illinois 60602
(312) 236-6166
tmartin@cooneyconway.com